## Charles A. McNEESE, Appellant, v. UNITED STATES of America.
### No. 10141.

Circuit Court of Appeals, Eighth Circuit.
Oct. 6, 1934.

R. M. Sheppard, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court on motion of appellee, under Rule 16.